IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| DONALD G. WIDENER,<br><br>Petitioner,<br><br>vs.<br><br>GAIL HUTCHINS, Acting Superintendent of the Mount Pleasant Correctional Facility,<br><br>Respondent. | No. C15-0021<br><br>ORDER GRANTING MOTION TO SUBSTITUTE PARTY |

This matter comes before the Court on the Motion to Substitute Party (docket number 5) filed by the Respondent on June 3, 2015. According to the motion, "Petitioner is in custody at the Mount Pleasant Correctional Facility," "Gail Hutchins is currently acting superintendent of the Mount Pleasant Correctional Facility," and is "[t]he proper respondent in this action." The Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion to Substitute Party (docket number 5) filed by Respondent is hereby **GRANTED**. The Clerk of Court shall cause the name of the Respondent to be changed to "Gail Hutchins, Acting Superintendent of the Mount Pleasant Correctional Facility."

DATED this 3rd day of June, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA